IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ALBILDA BERROCAL, et al** | : CIVIL ACTION |
| | : |
| v. | : |
| | : NO. 16-1797 |
| **ACME MARKETS, INC.** | : |

## ORDER

**AND NOW**, this 18th day of November 2016, upon consideration of Defendant's Motion for Summary Judgment (ECF Doc. No. 15), Plaintiff's Opposition (ECF Doc. No. 16) and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 15) is **GRANTED** as there are no genuine issues of material fact as to the known and obvious condition on the Defendant's floor leading to the alleged injuries.

The Clerk of Court shall **close** this case.

_____
KEARNEY, J.